FILED: June 12, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1407
(1:16-cv-01162-TSE-JFA)

_____

VALADOR, INC.

        Plaintiff - Appellant

v.

HTC CORPORATION; VALVE CORPORATION; HTC AMERICA, INC.

        Defendants - Appellees

and

HTC VIVE TECH (US) CORP.

        Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/14/2017

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk